```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF INDIANA
                       HAMMOND DIVISION

UNITED STATES OF AMERICA        )
                                )
          Plaintiff,            )
                                )
     vs.                        )       NO. 2:10-CR-109
                                )
JOSE ZAMBRANO,                  )
a/k/a "Speedy",                 )
a/k/a "Bird",                   )
a/k/a "Big Greasy",             )
                                )
Defendant.                      )
```

**ORDER**

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty (DE #104) filed on October 27, 2010.  No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty.  Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Jose Zambrano, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 1962(d).  This matter is set for sentencing on April 13, 2011, at 1:00 p.m.

**DATED: November 16, 2010**          /s/RUDY LOZANO, Judge
                                       **United States District Court**